IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Cynthia Layne,** | Case No. 2 : 07 CV 836 |
| Plaintiff, | |
| v. | Judge Sargus |
| | Magistrate Judge King |
| **Columbus Public Schools, et al.,** | **Stipulation of Dismissal and Journal Entry** |
| Defendants. | |

Now come Plaintiff Cynthia Layne and Defendants Columbus Public Schools (which should be referred to as Columbus City School Board of Education), Mira Wright, and Gregg Somers, who hereby stipulate and agree that the claims of Plaintiff Layne against Defendants have been settled and should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that any and all claims of Plaintiff Cynthia Layne against Defendants Columbus Public Schools (which should be referred to as Columbus City School Board of Education), Mira Wright, and Gregg Somers are hereby settled and dismissed with prejudice.

IT IS SO ORDERED.

_____ 3-31-2009
Judge Edmund Sargus


_____
Magistrate Judge Nora King

Approved by:

*[signature]*

Fazeel S. Kahn (078875)
300 W. Wilson Bridge Road, Suite 100
Worthington, Ohio 43085
(614) 923-3103
(614) 764-0774 (facsimile)
fsk@bhmlaw.com
Attorney for Plaintiff

Prepared and Approved by:

*[signature]*

Lorree L. Dendis (0072406)
338 S. High Street, Second Floor
Columbus, Ohio 43215
(614) 224-0531
(614) 224-0553 (facsimile)
ldendis@wplaw.org
Attorney for Defendants